**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN WILLIAMS, | ) NO. CV 11-3446-ODW (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES E. TILTON, DIRECTOR, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>October 25, 2012</u>.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE